IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRANDON GOODSELL,<br><br>        Defendant. | **4:21CR3003**<br><br>**ORDER** |

Defense counsel has moved to withdraw because Defendant is not satisfied with counsel's representation. (Filing No. 58). The court questioned the defendant regarding his ability to represent himself at sentencing (and if allowed to withdraw his guilty plea, at trial) and to advance the defenses he wants to raise. Based on the defendant's responses, the court finds the defendant has freely, knowingly, and voluntarily decide to represent himself.

IT IS ORDERED:

1) Defense counsel's motion to withdraw, (Filing No. 58), is granted. Tregg R. Lunn is hereby withdrawn as counsel for defendant.

2) The clerk shall delete Tregg R. Lunn from any future ECF notifications herein.

3) The clerk shall add defendant's address to the docket sheet and designate him as being self-represented. Copies of all filings shall now be mailed to the defendant.

August 17, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge