IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 4:21-CR-3003 |
| vs. | ORDER |
| Brandon Goodsell, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to continue (filing 73) is granted.

2. Sentencing in this matter is continued to November 30, 2022 at 2:00 p.m. in Courtroom 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska, before Judge John M. Gerrard.

Dated this 14th day of October, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge