IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Brandon Goodsell,<br><br>    Defendant. | 4:21-CR-3003<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion to continue (filing 81) is granted.

2. Sentencing in this matter is continued to February 1, 2023 at 2:00 p.m. in Courtroom 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska, before Judge John M. Gerrard.

Dated this 8th day of November, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge