IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON GOODSELL,<br><br>    Defendant. | 4:21CR3003<br><br>ORDER |

  Defendant has moved to "go forward without co/counsel of record," arguing the attorney appointed by the court as standby counsel is not giving the defendant all the information he requests. (Filing No. 83). Defendant is not claiming he has been unable to see the documents relevant to sentencing. Rather, he appears to be arguing that he needs to receive and retain copies of all documents relevant to his entire case. See, e.g., Filing No. 67.

  The court did not appoint co-counsel for the defendant. Rather, it appointed standby counsel to assist the court in assuring the defendant sees the information relevant to sentencing and is thereby afforded the ability to prepare. By court order, standby counsel is not permitted to allow Defendant to retain copies of the documents while the defendant remains detained in a jail facility. (Filing No. 72).

  There is nothing in the motion indicating the defendant cannot, with the assistance of his court-appointed standby counsel, prepare for his sentencing.

  Accordingly,

  IT IS ORDERED:

  1)  Defendant's motion, (Filing No. 83), is denied.

2) Joel Lonowski remains Defendant's standby counsel to afford Defendant access to the information relevant to his sentencing.

3) The clerk shall mail a copy of this order to the defendant at the Saline County Jail.

Dated this 17th day of November, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge