IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON GOODSELL,

    Defendant.

4:21-CR-3003

ORDER

IT IS ORDERED:

1. The defendant's motion to continue (filing 90) is denied.

2. All other issues, including pretrial release and self-surrender, will be taken up at the February 1, 2023 sentencing hearing.

Dated this 26th day of January, 2023.

BY THE COURT:

John M. Gerrard
United States District Judge