## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON GOODSELL,

        Defendant.

4:21-CR-3003

ORDER

The defendant has filed a motion to proceed in forma pauperis (filing 105) in connection with his motion to vacate pursuant to 28 U.S.C. § 2255 (filing 104). The motion to proceed in forma pauperis was unnecessary, because there is no fee for a § 2255 motion. *See* Rules Governing § 2255 Proc. for the U.S. Dist. Cts. Rule 3 advisory committee's note. Accordingly,

IT IS ORDERED that the defendant's motion to proceed in forma pauperis (filing 105) is denied as moot.

Dated this 21st day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge